IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUAN AQUINO,
    Petitioner,

vs.                                          Case No. 4:06cv318/SPM/EMT

WALTER A. McNEIL,
    Respondent.
_____/

## ORDER

This matter is before the court on Petitioner's motion to amend his habeas petition and proposed amended petition (Docs. 20, 22). Respondent opposes the motion (Doc. 24). Upon consideration of the parties' submissions, as well as the standard set forth in Rule 15(a) of the Federal Rules of Civil Procedure, which provides that the court should freely give leave to amend pleadings when justice so requires, the undersigned concludes that Petitioner's motion should be granted.

Accordingly, it is **ORDERED**:

1.    Petitioner's motion to amend his habeas petition (Doc. 20) is **GRANTED**.

2.    Within **FORTY-FIVE (45) DAYS** from the date of docketing of this order, Respondent shall file an answer to the amended petition.[1]

**DONE AND ORDERED** this 16th day of April 2009.

                              /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**

---

[1] The court appreciates the immense workload and understaffing of the Attorney's General's Office; however, the court encourages Respondent to file at least the record of the Rule 3.850 proceedings by the 45-day deadline, even if Respondent requires additional time to respond to the allegations in the amended petition.