IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUAN AQUINO,
    Petitioner,

vs.                                      Case No. 4:06cv318/SPM/EMT

WALTER A. McNEIL,
    Respondent.
_____/

## O R D E R

    This cause is before the court on Respondent's answer (Doc. 28) to the amended petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 22).  Respondent seeks denial of the petition for writ of habeas corpus and cites authority in support.  It now appears that the interests of justice would best be served by allowing Petitioner an opportunity to reply.

    Accordingly, it is **ORDERED**:

    Petitioner shall reply to Respondent's answer (Doc. 28) within **THIRTY (30) DAYS** from the date of docketing of this order.

    **DONE AND ORDERED** this 29th day of May 2009.

                                          /s/ *Elizabeth M. Timothy*
                                          **ELIZABETH M. TIMOTHY**
                                          **UNITED STATES MAGISTRATE JUDGE**